**Grace E. SPRAGUE, Appellant,**

v.

**MISSOURI DIVISION OF FAMILY SERVICES, Respondent.**

**No. WD 48866.**

Missouri Court of Appeals,
Western District.

Jan. 10, 1995.

Linda S. Penrod, Kansas City, for appellant.

Shelly A. Register, Div. of Legal Services, Jefferson City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM.

Appeal from an administrative order revoking a family day care home license.

Affirmed. Rule 84.16(b).

■

**BELTON GRAIN COMPANY, Appellant,**

.v.

**The SMOKY HILL RAILWAY &
HISTORICAL SOCIETY,
INC., Respondent.**

**No. WD 49651.**

Missouri Court of Appeals,
Western District.

Jan. 10, 1995.

Charles Edward Weedman, Jr., Harrisonville, for appellant.

Lynn K. Ballew, Harrisonville, for respondent.

Before FENNER, C.J., P.J., and HANNA and LAURA DENVIR STITH, JJ.

*ORDER*

PER CURIAM.

Appeal from judgment of the trial court dismissing Petition for Declaratory Judgment.

Judgment affirmed. Rule 84.16(b).